UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Alim Bey,

          Plaintiff,                            Case No. 10-14641

v.                                       Hon. Nancy G. Edmunds

Judge Hon. Virgil C. Smith, Jr., Raymond
J. Wojtowicz-Wayne County Treasurer,
Wayne County Sheriff,

          Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendants' motion to dismiss is GRANTED, and Plaintiff's complaint is hereby DISMISSED.

      IT IS FURTHER ORDERED that Plaintiff's fraud, FDCPA, RICO, and 42 U.S.C. § 1983 claims are DISMISSED WITHOUT PREJUDICE and that Plaintiff's remaining criminal statute claims are DISMISSED WITH PREJUDICE.

      SO ORDERED.


                           s/Nancy G. Edmunds
                           Nancy G. Edmunds
                           United States District Judge

Dated:  November 8, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 8, 2011, by electronic and/or ordinary mail.

                           s/Carol A. Hemeyer
                           Case Manager